UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Lynne Dougherty | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 15-15980 |

### ENTRY OF APPEARANCE

TO THE COURT:

As of the date listed below, please enter my appearance as Debtor's Counsel in the above-captioned matter.

Dated: 8/28/15

Brad J. Sadek, Esq
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008

### WITHDRAWAL OF APPEARANCE

TO THE COURT:

As of the date listed below, please withdrawal my appearance as Debtor's Counsel in the above-captioned matter.

Dated: 8/28/2015

Jeffrey A. Fournier
Fournier Law Offices
2480-B Durham Road
Bristol, PA 19007