## Case #2009-10538

| Field | Value |
|---|---|
| Case Number | 2009-10538 |
| Matter Code | |
| Commencement Date | 10/5/2009 12:38:23 PM |
| Case Type | COMPLAINT IN ASSUMPSIT FILED - OTHER. |
| PFA Number | |
| Caption Plaintiff | AMERICAN EXPRESS CENTURION BANK |
| Caption Defendant | DOUGHERTY, LYNNE |
| Lis Pendens Indicator | No |
| Status | 6 |
| Judge | SUSAN DEVLIN SCOTT |
| Parcel Number | |
| Remarks | COMPLAINT IN ASSUMPSIT FILED - OTHER. |
| Sealed | No |
| Consolidated | No |

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | C/O APOTHAKER & ASSOC PC 520 FELLOWSHIP RD C306 MOUNT LAUREL, NJ 08054 UNITED STATES | Apothaker, David J. | Yes | 1 | |

## Defendants

| Name | Address | Counsel | Notify | Sequence | ProSe |
|---|---|---|---|---|---|
| DOUGHERTY, LYNNE | 223 PENN VALLEY TERRACE YARDLEY, PA 19067 UNITED STATES | | Yes | 1 | |

## Docket Entries

| Seq. | Filing Date | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|
| 4 | 10/5/2009 12:33:13 PM | RECEIVED IN SHERIFF'S OFFICE FOR SERVICE. TRANSACTION # 2009 1 18563 AMOUNT PAID $48.00.LHP | No | 8737695 |
| 0 | 10/5/2009 12:38:23 PM | COMPLAINT IN ASSUMPSIT FILED - OTHER. | No | 8734390 |
| 1 | 10/5/2009 1:59:29 PM | APPEARANCE OF DAVID J APOTHAKER, ESQ., ENTERED FOR PLAINTIFF. | No | 8734676 |
| 2 | 10/5/2009 1:59:45 PM | DEMAND FOR DAMAGES IS LESS THAN $50,000.00. | No | 8734679 |
| 3 | 10/5/2009 1:59:53 PM | NOTICE TO DEFEND FILED WITH COMPLAINT. | No | 8734680 |
| 5 | 10/14/2009 8:22:36 AM | SHERIFF'S RETURN, UNDER OATH, FILED. DEPUTY RAFFERTY SERVED DEFENDANT(S) PURSUANT TO PA.R.C.P. #402(A) (I). SERVED LYNNE DOUGHERTY AT 223 PENN VALLEY TERRACE, YARDLEY BY HANDING TO LYNN DOUGHERTY, PERSONALLY. LHP | No | 8774489 |
| 6 | 11/16/2009 2:50:03 PM | PAPERS RETURNED TO PROTHONOTARY. INVOICE MAILED TO APOTHAKER, AND ASSOCS, TRANSACTION # 09-1-18563..OAG59 | No | 8782743 |
| 7 | 1/11/2010 10:10:46 AM | PRAECIPE TO ENTER JUDGMENT FILED IN FAVOR OF PLTF & AGNST DEFT. JUDGMENT ENTERED AND DAMAGES ASSESSED AT $12,579.06+CST/INT. 20.25PD | No | 8841448 |
| 8 | 1/11/2010 10:11:45 AM | AFFIDAVIT OF SERVICE OF NOTICE OF INTENTION TO TAKE JUDGMENT BY DEFAULT FILED. SENT TO LYNNE DOUGHERTY | No | 8841452 |
| 9 | 1/11/2010 10:12:01 AM | AFFIDAVIT OF LAST KNOWN ADDRESS FILED. | No | 8841455 |

| 10 | 1/11/2010 10:12:15 AM | AFFIDAVIT OF NON-MILITARY SERVICE FILED. | No | 8841456 |
| 11 | 1/11/2010 10:12:27 AM | NOTICE MAILED IN ACCORDANCE WITH PA. R.C.P. 236 AS AMENDED. | No | 8841458 |

## Judgments

| For | Against | Date | Amount |
| --- | --- | --- | --- |
| AMERICAN EXPRESS CENTURION BANK | DOUGHERTY, LYNNE | 1/12/2010 12:00:00 AM | 12,579.06 |